AO 93 (Rev. 11/13) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. MJ19-5082 |
| The Facebook account with user ID ) | |
| 100029718583930, more particularly described in ) | |
| Attachment A ) | |

FILED ____ LODGED ____
RECEIVED
12/21/2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before    June 5, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any Magistrate Judge in this District    .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of    05/21/2020    .

Date and time issued:  5/22/2019  1:59 pm        _____
                                                 Judge's signature

City and state:    Tacoma, Washington        David W. Christel United States Magistrate Judge
                                             *Printed name and title*

USAO 2017R1238

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ19-5082 | May 20, 2019 | Facebook |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

- Agents received historical documentation back from Facebook on June 12, 2019 for Subject Account 11.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 14, 2020

_Theresa L Fricke_
12-21-2020

Executing officer's signature

Steve Moyer SA
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following account, identified by Facebook user ID: 100029718583930 (SUBJECT ACCOUNT 11), for all such information that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California. This warrant is limited to information created after November 9, 2018.

AFFIDAVIT OF Steve Meyer - 23
USAO 2017R01238

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800